# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION



FILED

?⁷7 APR 12 ᴬᴹ 11: 43

U.S. DISTRICT COURT
MIDDLE DIS RICT OF FLORIDA
ORLANDO, FLORIDA

**UNITED STATES OF AMERICA**

-vs-

**Case No.  6:06-cr-145-Orl-31KRS**

**ALBERT ANTHONY HEWITT**

---

## ORDER ON REVOCATION OF SUPERVISED RELEASE

This matter came before the Court on April 11, 2007 for consideration of a Report and Recommendation (Doc. No. 18) rendered by Magistrate Judge Karla R. Spaulding (Doc. No. 18), after a Final Probation Revocation Hearing on a Petition for Revocation filed by the Probation Officer on November 14, 2006. The Defendant was represented at the hearing by Clarence W. Counts, Jr., Esquire, 201 South Orange Avenue, Suite 300, Orlando, FL 32801.

Having heard from the parties, the Court finds that the Defendant violated the following terms of his supervised release:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Follow the Instructions of the Probation Officer in violation of Condition Three of the Standard Conditions of Probation | July 14, 2006 |
| 3 | Failure to Follow the Instructions of the Probation Officer in violation of Condition Three of the Standard Conditions of Probation | July 26, 2006 |
| 4 | Failure to Follow the Instructions of the Probation Officer in violation of Condition Three of the Standard Conditions of Probation | August 29, 2006 |
| 5 | Failure to Follow the Instructions of the Probation Officer in violation of Condition Three of the Standard Conditions of Probation | September 12, 2006 |
| 6 | Failure to Follow the Instructions of the Probation Officer in violation of Condition Three of the Standard Conditions of Probation | October 5, 2006 |
| 7 | Failure to Follow the Instructions of the Probation Officer in violation of Condition Three of the Standard Conditions of Probation | September 21, 2006 |
| 8 | Failure to Participate in Mental Health Counseling | August 9, 2006 |
| 10 | Failure to Comply with Home Detention Program in violation of special conditions | July 14, 2006 |
| 11 | Failure to Comply with Home Detention Program in violation of special conditions | July 25, 2006 |

| 12 | Failure to Comply with Home Detention Program in violation of special conditions | August 4, 2006 |
| 14 | Failure to Comply with Home Detention Program in violation of special conditions | August 29, 2006 |

The Court finds that the defendant has not violated conditions 1, 9, 13, 15, 16 and 17 and is

discharged as to such violations condition.  It is therefore

**ORDERED** and the defendant is continued on his previous term of supervised release with the

following added conditions:

> The defendant shall perform **56 hours** of community service as a condition of supervision.  The community service shall consist of a 6-8 hour period one day per week beginning on April 17, 2007 for the period of 7 weeks (when his supervision expires) under the direction of his probation officer.

The Original Judgment remains in full force and effect except as amended herein.

**DATED AND ORDERED** on April 11, 2007 in Orlando, Florida.

HONORABLE GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
Attorney for Defendant
U.S. Attorney's Office
U.S. Probation
U.S. Marshal